# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>JONATHAN JOSHUA MUNAFO<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)        1:21-MJ-25<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 5, 2021** in the county of **Calhoun** in the **Western** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Communicating a threat in interstate commerce |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

The Court processed the complaint remotely. The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail). The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail). The process complied with Rules 3 and 4.1.

*Complainant's signature*

Richard Trask, Special Agent - FBI
*Printed name and title*

Date: 01/20/2021

*Judge's signature*

City and state: Grand Rapids, Michigan

Sally J. Berens, U.S. Magistrate Judge
*Printed name and title*