UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.                              **INDICTMENT PENALTY SHEET**

JONATHAN JOSHUA MUNAFO,

      Defendant.
_____/

**Counts 1 and 2 - Interstate Threatening Communications**

**Imprisonment:** Not more than 5 years [18 U.S.C. § 875(c)]
**Fine:** Not more than $250,000 [18 U.S.C. § 3571]
**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583]
(Class D felony) [18 U.S.C. § 3559]
**Special Assessment:** $100 [18 U.S.C. § 3013]
**Restitution:** Mandatory [18 U.S.C. §§ 3663A(c)(1), 16(a)]

**Count 3 – Interstate Harassing Telephone Calls**

**Imprisonment:** Not more than 2 years [47 U.S.C. § 223(a)(1)(E)]
**Fine:** Not more than $250,000 [18 U.S.C. § 3571]
**Special Assessment:** $100 [18 U.S.C. § 3013]
**Supervised Release:** Not more than 1 year [18 U.S.C. § 3583]
(Class E felony) [18 U.S.C. § 3559]


Date: 5/18/2021                /s/ Nils R. Kessler
                                  Counsel for the United States

Submitted in accordance with Admin. Order 17-MS-046