UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

v.

JONATHAN JOSHUA MUNAFO

        Defendant.

Case No. 1:21-cr-99

Hon. Janet T. Neff

**DEFENDANT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

Defendant JONATHAN JOSHUA MUNAFO, through his/her attorney, submits the following initial pretrial conference summary statement.

I.    DISCOVERY

☒ The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

The defendant ☒ will ☐ will not provide reciprocal discovery.

II.    TRIAL

The defendant requests a ☒ jury ☐ non-jury trial.

III.    MISCELLANEOUS

The parties acknowledge that if the case is appropriate for expedited resolution and sentencing, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ Counsel for defendant is unaware at this time of any known conflict with counsel's representation of defendant. Counsel will immediately advise the court if any such conflict becomes known.

☐ Counsel for defendant is aware of the following potential conflicts:

IV.    OBLIGATIONS

☒ Counsel for defendant acknowledges having reviewed the Obligations of Defense Counsel section available at the court's website, www.miwd.uscourts.gov >> Attorney Information >> Criminal Case Information.

Date    June 10, 2021                      /s/ James Stevenson Fisher
                                                    Counsel for Defendant

(Rev. 03/01/2019)