UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

          Plaintiff,

v.

JONATHAN JOSHUA MUNAFO

          Defendant(s).

Case No. 1:21-cr-99

Hon. Janet T. Neff

**GOVERNMENT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

I. DISCOVERY

    A. Statements of Defendant

        1. Oral Statements (Rule 16(a)(1)(A))

          [X] There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

          [ ] There are the following written records of oral statements:

          The substance of which

            [ ] has been disclosed to defense counsel.

            [ ] will be disclosed to defense counsel by _____.

        2. Written or Recorded Statements (Rule 16(a)(1)(B))

          [ ] There are no written or recorded statements or grand jury testimony of defendant.

          [X] There are the following written or recorded statements or grand jury testimony:

          Recorded calls to Calhoun County dispatcher, 1/5/21

          All written or recorded statements

            [X] have been disclosed to defense counsel.

            [ ] will be disclosed to defense counsel by _____.

B. <u>Defendant's Prior Record (Rule 16(a)(1)(D))</u>

- [ ] The Government has made due inquiry and is not aware of any prior criminal record.
- [x] The Government has disclosed defendant's prior criminal history.
- [ ] The Government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. <u>Documents and Tangible Objects (Rule 16(a)(1)(E))</u>

- [ ] The Government has no documents, tangible objects, or physical evidence required to be disclosed.
- [x] The Government has the following documents, tangible objects, and physical evidence:
  - [ ] Drug Paraphernalia
  - [ ] Drug Records
  - [ ] Inventory (attached)
  - [ ] Controlled Substances: _____
  - [x] Records: Internet & telecom service providers
  - [ ] Firearms: _____
  - [ ] Other: Cellular telephone
- [x] The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
  - [x] State
  - [ ] Federal:
    - Case No. 20-000069   Re: Bandwidth, AT&T, TextNow, Google
    - Case No. _____   Re: _____
    - Case No. _____   Re: _____
- [x] They have been made available for inspection and copying by defense counsel.
- [ ] Defense counsel should make arrangements with: _____

D. <u>Reports of Examinations and Tests (Rule 16(a)(1)(F))</u>

- [x] The Government has no reports of examinations or tests required to be disclosed by Rule 16.
- [ ] The Government has or expects to have reports of the following examinations and tests:
  - [ ] Drug Analysis
  - [ ] Handwriting
  - [ ] Fingerprints
  - [ ] DNA
  - [ ] Firearms/Nexus
  - [ ] Gun Operability
  - [ ] Computer Forensics
  - [ ] Other: _____

E. <u>Reciprocal Discovery</u>

- [x] The Government seeks reciprocal discovery.

F. <u>Notice Under FRE 404(b)</u>

☐ The Government does not presently intend to introduce 404(b) evidence.

☒ The Government does presently intend to introduce the following 404(b) evidence:

> 9/14/20 Assault/threat (Salisbury MA) & 9/17/20 harassing calls to MA State Police (Newbury MA) (MSP No. 2020-0A2-007567); 11/6/20 Assault & Battery, threat (Lynn, MA); 12/12/20 Possession of prohibited weapon, (Washington DC) No. 20176507; Assault on Capitol Police, XXXX case no; 1/17/21 Threats (Davis, CA)

☐ The Government will provide pretrial notice of 404(b) evidence by _____.

G. <u>Other Discovery Matters</u>

II. <u>TRIAL</u>
A. The Government requests a ☒ jury ☐ non-jury trial.
B. The length of trial excluding jury selection is estimated at ____1 day____.

III. <u>MISCELLANEOUS</u>

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ The Government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.

☐ The Government is aware of the following potential conflicts:

☐ Government's plea negotiation policy:

> No consideration for pleas entered less than two weeks prior to final pretrial conference.

Date ____June 10, 2021____   ____Nils R. Kessler____
Counsel for the United States

(Rev. 03/01/2019)