# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
# CRIMINAL MINUTE SHEET

| USA v. Jonathan Joshua Munafo* | | | Mag. Judge: Ray Kent | |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:21-cr-00099-JTN | June 15, 2021 | 10:42 - 10:46 a.m. | Grand Rapids | |

**APPEARANCES:**

| Government: Nils R. Kessler | Defendant: James Fisher | Counsel Designation: FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment, Counts 1-3 | Read __<br>Reading Waived __ |

### TYPE OF HEARING
- __ First Appearance
- __ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   __ guilty
- __ Initial Pretrial Conference
- __ Detention   (waived __)
- __ Preliminary   (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- ✓ Other: Omnibus

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of _____
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- ✓ Other: Order Regarding Commitment

### CHANGE OF PLEA
Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

Presentence Report:
__ Ordered   __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION
*Defendant not present in the courtroom.

Date and time set for arraignment, initial pretrial conference and detention hearings; the Court sua sponte ordered defendant committed for evaluations regarding competency and sanity.

### SENTENCING
- Imprisonment: _____
- Probation: _____
- Supervised Release: _____
- Fine: $ _____
- Restitution: $ _____
- Special Assessment: $ _____
- Plea Agreement Accepted:   __Yes  __No
- Defendant informed of right to appeal:   __Yes  __No
- Counsel informed of obligation to file appeal:  __Yes  __No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |
| **CASE TO BE:** Set for Hearing before Mag. Judge | **TYPE OF HEARING:** Further Proceedings |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** S. Carpenter |