

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Detention Center*

*Office of the Warden*

P.O. Box 13901
Seattle, Washington 98198-1091

August 4, 2021

Honorable Ray Kent
U.S. Magistrate Judge
580 Federal Building
110 Michigan St. NW
Grand Rapids, MI 49503

RE: Munafo, Jonathan
    Reg. No.: 41444-509
    Case No.: 1:20-CR-99

Dear Judge Kent:

In accordance with your court order dated June 15, 2021, Mr. Munafo was committed to the Federal Detention Center, SeaTac, Washington (FDC SeaTac), for a period of study to determine his mental competency and insanity.

The defendant arrived at FDC SeaTac on July 20, 2021. Ordinarily, the study period begins on the date of arrival. However, the Bureau of Prison's COVID-19 action plan requires all new arrivals to be quarantined for approximately 20 days for enhanced medical screening. Mr. Munafo has not yet been medically cleared. Furthermore, FDC SeaTac is under modified operations, with restricted movement within the facility. These modified operations are expected to continue until further notice, and will impact our abilities to conduct and complete the evaluations under the normal time frames. We are thus unable to provide specific information as to timelines regarding completion of the evaluation and report, but will continue to provide updates to the Court. If the Court has questions or comments regarding the evaluation, please contact Cynthia A. Low, Ph.D., Forensic Unit Psychologist, at (206) 870-5795.

                                              Sincerely,

                                              I. Jacquez
                                              Warden

cc: Nils Kessler, AUSA
    James Fisher, Defense Attorney