# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
# CRIMINAL MINUTE SHEET

| USA v. Jonathan Joshua Munafo* | Mag. Judge: Ray Kent |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:21-cr-00099-JTN | August 12, 2021 | 2:59 - 3:04 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government: Nils Kessler | Defendant: James S. Fisher | Counsel Designation: FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment, Counts 1-3 | Read __<br>Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ First Appearance<br>__ Arraignment:<br>  __ mute  __ nolo contendre<br>  __ not guilty  __ guilty<br>__ Initial Pretrial Conference<br>__ Detention  (waived __)<br>__ Preliminary  (waived __)<br>__ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>✓ Other: Status Conference | __ Defendant's Rights<br>__ Waiver of _____<br>__ Consent to Mag. Judge for _____<br>__ Other: _____<br><br>Court to Issue:<br>__ Report & Recommendation<br>__ Order of Detention<br>__ Order to file IPTC Statements<br>__ Bindover Order<br>__ Order Appointing Counsel<br>__ Other: _____ | Guilty Plea to Count(s) _____ of the _____<br>Count(s) to be dismissed at sentencing: _____<br>Presentence Report:<br>  __ Ordered  __ Waived<br>__ Plea Accepted by the Court<br>__ No Written Plea Agreement<br><br>**EXPEDITED RESOLUTION**<br>__ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| *Defendant not present.<br><br>Status conference held by telephone regarding letter from BOP (ECF No. 18) regarding inability to provide timeline for completion of evaluation regarding defendant due to Covid-19 action plan. | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:  __Yes __No<br>Defendant informed of right to appeal:  __Yes __No<br>Counsel informed of obligation to file appeal:  __Yes __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |
| **CASE TO BE:** Set for Hearing before Mag. Judge | **TYPE OF HEARING:** Further Proceedings |
| **Reporter/Recorder:** Not Recorded | **Courtroom Deputy:** S. Carpenter |