

*Office of the Warden*

*P.O. Box 13901*
*Seattle, Washington 98198-1091*

November 8, 2021

Honorable Ray Kent
U.S. Magistrate Judge
580 Federal Building
110 Michigan St. NW
Grand Rapids, MI 49503

RE: Munafo, Jonathan
    Reg. No.: 41444-509
    Case No.: 1:20-CR-99

Dear Judge Kent:

In accordance with your court order dated June 15, 2021,
Mr. Munafo was committed to the Federal Detention Center,
SeaTac, Washington, for a period of study to determine his
mental competency and criminal responsibility. A copy of each
evaluation is attached separately.

The reports are not combined because criminal responsibility is
not an issue until competency is established. Each evaluation
concerns a distinctly separate issue. The competency evaluation
is conducted with regard to the defendant's current mental
status. The criminal responsibility examination concerns the
defendant's mental status only at the time of the alleged
offense. The American Bar Association's Criminal Justice Mental
Health Standards encourage separate reports to avoid confusing
the criteria for competency to stand trial with those measuring
criminal responsibility. See also Rule of Criminal Procedure
12.2(c). The ethical standards of forensic psychologists require
special precaution against including potentially incriminating
information about the time of the alleged offense in a
competency report. This ethical standard is fulfilled by
separate reports. Because two separate reports have been
submitted, you now have the option of retaining the criminal
responsibility findings until the issue of competency has been
resolved.

If the Court has questions or comments regarding the evaluation please contact Cynthia A. Low, Ph.D., Forensic Unit Psychologist, at (206) 870-5795.

Sincerely,

I. Jacquez
Warden