# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
# CRIMINAL MINUTE SHEET

| USA v. Jonathan Joshua Munafo | Mag. Judge: Ray Kent |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:21-cr-00099-JTN | November 29, 2021 | 10:38 - 10:57 a.m. | Grand Rapids | |

**APPEARANCES:**

| Government: Nils R. Kessler | Defendant: James Stevenson Fisher | Counsel Designation: FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment, Counts 1-3 | Read __<br>Reading Waived ✓ |

## TYPE OF HEARING
- __ First Appearance
- ✓ Arraignment:
  - __ mute   __ nolo contendre
  - ✓ not guilty   __ guilty
- ✓ Initial Pretrial Conference
- ✓ Detention   (waived ✓)
- __ Preliminary   (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- ✓ Other: Competency Hearing

## DOCUMENTS
- ✓ Defendant's Rights
- __ Waiver of _____
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- ✓ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- ✓ Other: Order re Competency & Rule 5(f) Order

## CHANGE OF PLEA
Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

Presentence Report:
- __ Ordered   __ Waived
- __ Plea Accepted by the Court
- __ No Written Plea Agreement

## EXPEDITED RESOLUTION
- __ Case appears appropriate for expedited resolution

## ADDITIONAL INFORMATION
The parties did not contest the findings in the forensic evaluation regarding competency (ECF No. 23) and the forensic evaluation regarding criminal responsibility (ECF No. 24); defendant found competent to proceed and sane at the time of the commission of the acts constituting the alleged offenses.

## SENTENCING
- Imprisonment: _____
- Probation: _____
- Supervised Release: _____
- Fine: $ _____
- Restitution: $ _____
- Special Assessment: $ _____
- Plea Agreement Accepted:   __Yes  __No
- Defendant informed of right to appeal:   __Yes  __No
- Counsel informed of obligation to file appeal:  __Yes  __No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detained | $ _____ |

**CASE TO BE:** Referred to District Judge   **TYPE OF HEARING:** Further Proceedings

**Reporter/Recorder:** Digitally Recorded   **Courtroom Deputy:** S. Carpenter