# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
# CRIMINAL MINUTE SHEET

| USA v. Jonathan Joshua Munafo | Mag. Judge: Phillip J. Green |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:21-cr-00099-JTN-1 | 5/25/2021 | 2:30 - 3:02 PM | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Nils R. Kessler | James Stevenson Fisher | FPD Appointment |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment, Counts 1-3 | Read ✓<br>Reading Waived __ |

## TYPE OF HEARING
- __ First Appearance
- __ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   __ guilty
- __ Initial Pretrial Conference
- __ Detention   (waived __)
- __ Preliminary   (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- ✓ Change of Plea
- __ Sentencing
- __ Other: ____

## DOCUMENTS
- __ Defendant's Rights
- __ Waiver of ____
- ✓ Consent to Mag. Judge for Plea
- __ Other: ____

Court to Issue:
- ✓ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- __ Other: ____

## CHANGE OF PLEA
Guilty Plea to Count(s) 1 of the Indictment

Count(s) to be dismissed at sentencing: 2-3

Presentence Report:
- ✓ Ordered   __ Waived
- __ Plea Accepted by the Court
- __ No Written Plea Agreement

### EXPEDITED RESOLUTION
- __ Case appears appropriate for expedited resolution

## ADDITIONAL INFORMATION

## SENTENCING
Imprisonment: ____
Probation: ____
Supervised Release: ____
Fine: $ ____
Restitution: $ ____
Special Assessment: $ ____
Plea Agreement Accepted:   __ Yes   __ No
Defendant informed of right to appeal:   __ Yes   __ No
Counsel informed of obligation to file appeal:   __ Yes   __ No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detained | $ ____ |

**CASE TO BE:** Referred to District Judge   **TYPE OF HEARING:** Sentencing

**Reporter/Recorder:** Digitally Recorded   **Courtroom Deputy:** A. Doezema