UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN JOSHUA MUNAFO,

    Defendant.
_____/

Case No. 1:21-cr-00099

HON. JANET T. NEFF

## AMENDED ORDER

Pending before the Court is Defendant's Motion for Release of Records (ECF No. 60). The Court will require the government to file a response to the motion. Accordingly:

**IT IS HEREBY ORDERED** that the government shall, by September 30, 2022, file a response to the motion (ECF No. 60).

Dated: September 26, 2022

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge