UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  No. 1:21-cr-99

vs.                              Hon. Janet T. Neff
                                     United States District Judge

JONATHAN JOSHUA MUNAFO,

        Defendant.
_____/

GOVERNMENT'S RESPONSE TO MOTION FOR RELEASE OF RECORDS

      The government does not oppose the defendant's motion for release of records, and states as follows:

      1.     Defendant Munafo is scheduled for sentencing on October 26, 2022. Munafo has moved for an order directing the Bureau of Prisons to release the records in its possession regarding his mental health. (R. 60: Def's Mot., PageID.212.) At the time Munafo filed his motion, the undersigned was on temporary duty in the Northern District of California, and was unavailable to answer his request for concurrence. (R. 61: Certificate, PageID.217.)

      2.     The undersigned has consulted with defense counsel, and concurs that access to Munafo's mental health records would assist him in preparing for the upcoming sentencing. It is also understood that the Bureau of Prisons will not release the records without a court order.

2

WHEREFORE, the government has no objection to the defendant's request.

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Dated: September 30, 2022         /s/ Nils R. Kessler
NILS R. KESSLER
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
nils.kessler@usdoj.gov