**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v. Jonathan Joshua Munafo | | DISTRICT JUDGE: Janet T. Neff |
|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:21-cr-99 | 10/26/22 | 11:03 AM - 11:50 AM | Grand Rapids | |

### APPEARANCES

| Government: Nils R. Kessler | Defendant: James Stevenson Fisher | Counsel Designation: FPD Appointment |
|---|---|---|

### TYPE OF HEARING
- ☐ Arraignment:
  - ☐ mute   ☐ nolo contendre
  - ☐ not guilty   ☐ guilty
- ☐ Final Pretrial Conference
- ☐ Detention   (waived ☐)
- ☐ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ☐ Change of Plea
- ☑ Sentencing
- ☐ Trial
- ☐ Other: _____

### DOCUMENTS
- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: _____

Court to Issue:
- ☐ Order of Detention
- ☐ Notice of Sentencing
- ☐ Order Appointing Counsel
- ☑ Other: Judgment

### CHANGE OF PLEA
Charging Document:
- ☐ Read   ☐ Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- ☐ Presentence Report Ordered
- ☐ Presentence Report Waived
- ☐ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☐ No Written Plea Agreement

### SENTENCING

Imprisonment: 24 months
Probation:
Supervised Release: 3 years
Fine: $
Restitution: $
Special Assessment: $ 100.00

Plea Agreement Accepted: ☑ Yes  ☐ No
Defendant informed of right to appeal: ☑ Yes  ☐ No
Counsel informed of obligation to file appeal: ☑ Yes  ☐ No

Conviction Information:
  Date: May 25, 2022
  By: Plea
  As to Count(s): One

**ADDITIONAL INFORMATION:**
Counts 2-3 dismissed on motion by the Government.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Annette Blough | **Deputy Clerk:** C. Bockheim |