UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN JOSHUA MUNAFO,

    Defendant.

_____/

Case No. 1:21-cr-99

HON. JANET T. NEFF

## ORDER REGARDING ADDITIONAL SENTENCING CONDITIONS

### MANDATORY/STANDARD CONDITIONS OF SUPERVISION

While on supervision, the defendant shall comply with mandatory and standard conditions of supervision including:

DNA collection
Drug testing
No firearms, destructive devices, or dangerous weapons

Additionally, the defendant shall comply with the following special conditions of supervision:

1. You must participate in a program of testing and treatment for substance abuse, as directed by the probation officer, and follow the rules and regulations of that program until such time as you are released from the program by the probation officer, and must pay at least a portion of the cost according to your ability, as determined by the probation officer.

2. You must not use or possess any controlled substances without a valid prescription. If you have a valid prescription, you must follow the instructions on the prescription. You must not possess, use, or sell marijuana or any marijuana derivative (including any product containing cannabidiol (CBD) or THC) in any form (including edibles) or for any purpose (including medical purposes). You are also prohibited from entering any marijuana dispensary or grow facility.

3. You must participate in a program of mental health treatment, as directed by the probation officer, and follow the rules and regulations of that program until such time as you are released from the program by the probation officer, and must pay at least a portion of the cost according to your ability, as determined by the probation officer.

4. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

   The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

5. You must not work in any type of employment without the prior approval of the probation officer.

6. You must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances or paraphernalia related to any controlled substance (e.g., synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.

I have reviewed and understand the above conditions of my sentence.

Dated: October 26, 2022

_____
Jonathan Joshua Munafo
Defendant

_____
James Stevenson Fisher
Attorney for Defendant

IT IS SO ORDERED.

_____
JANET T. NEFF
United States District Judge