UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
**(Probation Form 49, Waiver of Hearing is Attached)**

Name of Offender:   Jonathan Joshua Munafo                              Case Number: 1:21CR00099-01

Name of Sentencing Judicial Officer: The Honorable Janet T. Neff
                                     U.S. District Judge

Date of Original Sentence: October 26, 2022

Original Offense: Count 1: Interstate Threatening Communications; 18 U.S.C. § 875(c)

Original Sentence: 24 months imprisonment and 3 years supervised release. Special Conditions: (1) substance abuse testing/treatment; (2) mental health treatment; (3) no psychoactive substances; (4) no controlled substances without a valid prescription and no marijuana; (5) employment preapproval; (6) submit to a search with reasonable suspicion. Special Assessment, $100.00 (paid)

Type of Supervision: Supervised Release                    Date Supervision Commenced: January 20, 2025
                                                                    Expiration Date: January 19, 2028

**PETITIONING THE COURT**

To modify the conditions of supervised release by removing Special Conditions 1, 2 and 6, and adding the following Special Conditions:

- You shall perform 25 hours of community service. The site, schedule, and conditions shall be approved by the probation officer.

- You shall participate in a mental health program which may include, medical, psychological, or psychiatric evaluation and outpatient treatment as recommended by the treatment provider based upon your risk and needs. You may also be required to participate in inpatient treatment upon recommendation of the treatment provider and upon approval of the Court. The probation office shall approve the location, frequency, and duration of outpatient treatment. You shall abide by the rules of the program which may include a medication regime.

- You must provide the probation officer with access to any requested financial information.

- You must submit your person, and any property, house, residence, vehicle, papers, effects, computer, electronic communications devices, and any data storage devices or media, to search at any time, with or without a warrant, by any federal probation officer, or any other law enforcement officer from whom the Probation Office has requested assistance, with reasonable suspicion concerning a violation of a condition of probation or supervised release or unlawful conduct by

- you. Any items seized may be removed to the Probation Office or to the office of their designee for a more thorough examination.

- You shall participate in a program for substance abuse which shall include testing for use of controlled substances, controlled substance analogues, and alcohol. This may include outpatient treatment as recommended by the treatment provider based upon your risk and needs. You may also be required to participate in inpatient treatment upon recommendation of the treatment provider and upon approval of the Court. The probation office shall approve the location, frequency, and duration of outpatient treatment. You shall abide by the rules of any treatment program which may include abstaining from the use of any alcohol.

- Based upon your history of substance abuse, and for the purpose of effective substance abuse treatment programming, you shall refrain from the use of alcohol and be subject to alcohol testing and treatment while under supervision.

## CAUSE

On January 20, 2025, Mr. Munafo released from the Bureau of Prisons and began his term of supervised release residing with a friend, in the Northern District of New York (NDNY). Supervision of this case was temporarily transferred to the NDNY while their office assessed his residential stability.

On March 18, 2025, Mr. Munafo provided a urine sample to the NDNY probation office, which tested positive for cocaine. Mr. Munafo admitted to using cocaine on March 15, 2025, while with a friend, consuming alcohol. In response to this behavior, the NDNY probation office instructed Mr. Munafo to complete a substance abuse evaluation. Mr. Munafo also agreed to the addition of the aforementioned conditions.

Based on this information, it is respectfully recommended the special conditions be modified to address Mr. Munafo's violation conduct and ensure he is not engaging in additional violation conduct. Mr. Munafo plans to remain in the NDNY, so their probation office is recommending the special conditions be modified to reflect the language typically used by their Court. Mr. Munafo is not opposed to the change in his conditions. The NDNY plans to seek a transfer of jurisdiction in this case, so if Court involvement is necessary in the future, it can occur in the district where Mr. Munafo is residing.

**Previous Violations**

- None

**U.S. Probation Officer Action:**

Mr. Munafo agreed to the proposed modification and executed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release, which is attached for the Court's review.

| Approved, | Respectfully submitted, |
|---|---|
| by /s/ Ashley M. Smith<br>Ashley M. Smith<br>Supervisory U.S. Probation Officer<br>Date: March 28, 2025 | by /s/ Keonna L. Cruzado<br>Keonna L. Cruzado<br>U.S. Probation Officer Specialist<br>Date: March 28, 2025 |

THE COURT ORDERS:

☐ No Action
☒ The Modification of Conditions as Noted Above
☐ Other

/s/ Jane M. Beckering
The Honorable Jane M. Beckering
U.S. District Judge

March 31, 2025
Date

PROB 49
(Rev. 6/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

### Waiver of Hearing to Modify Conditions
### or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of Conditions Type or my period of supervision being extended. By 'assistance of counsel,' I understand that I have a right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I agree to the following modification of my conditions or to the proposed extension of my term of supervision.

1) You shall perform 25 hours of community service. The site, schedule, and conditions shall be approved by the probation officer.

2) You shall participate in a mental health program which may include medical, psychological, or psychiatric evaluation and outpatient treatment as recommended by the treatment provider based upon your risk and needs. You may also be required to participate in inpatient treatment upon recommendation of the treatment provider and upon approval of the Court. The probation office shall approve the location, frequency, and duration of outpatient treatment. You shall abide by the rules of the program which may include a medication regime.

3) You must provide the probation officer with access to any requested financial information.

4) You must submit your person, and any property, house, residence, vehicle, papers, effects, computer, electronic communications devices, and any data storage devices or media, to search at any time, with or without a warrant, by any federal probation officer, or any other law enforcement officer from whom the Probation Office has requested assistance, with reasonable suspicion concerning a violation of a condition of probation or supervised release or unlawful conduct by you. Any items seized may be removed to the Probation Office or to the office of their designee for a more thorough examination.

5) You shall participate in a program for substance abuse which shall include testing for use of controlled substances, controlled substance analogues, and alcohol. This may include outpatient treatment as recommended by the treatment provider based

PROB 49
(Rev. 6/10)

upon your risk and needs. You may also be required to participate in inpatient treatment upon recommendation of the treatment provider and upon approval of the Court. The probation office shall approve the location, frequency, and duration of outpatient treatment. You shall abide by the rules of any treatment program which may include abstaining from the use of any alcohol.

6) Based upon your history of substance abuse, and for the purpose of effective substance abuse treatment programming, you shall refrain from the use of alcohol and be subject to alcohol testing and treatment while under supervision.

Witness: _____
Thomas Carey
U.S. Probation Officer

Signed: _____
Jonathan Munafo
Client

03-26-2025
Date